UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES FISHER,

        Plaintiff,

vs.                                     Case No.  3:12-cv-724-J-99MMH-MCR

STATE OF FLORIDA, etc., et al.,

        Defendants.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's Complaint (Doc. 1) and Plaintiff's Affidavit of Indigency, which the Court construes as a Motion to Proceed In Forma Pauperis (Doc. 2).

On June 27, 2012, the undersigned entered an Order taking Plaintiff's request to proceed in forma pauperis under advisement and directing Plaintiff to file an amended complaint no later than July 7, 2012. (Doc. 4). Plaintiff was warned that "[f]ailure to comply with this Order may result in a recommendation that this action be dismissed for failure to prosecute pursuant to Local Rule 3.10(a)." Id. On July 9, 2012, Plaintiff requested and received an extension until July 27, 2012 in which to file an amended complaint. (Docs. 6, 7). Plaintiff failed to file an amended complaint and therefore, on

---

[1] Any party may file and serve specific, written objections hereto within FOURTEEN (14) DAYS after service of this Report and Recommendation. Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a), 6(a) and (e); Local Rules 6.02(a) and 4.20, United States District Court for the Middle District of Florida.

July 30, 3012, the undersigned entered an Order to Show Cause (Doc. 8) directing Plaintiff to show cause why the case should not be dismissed for failing to comply with the Court's Order and failure to prosecute.  Again, this Order cautioned that if Plaintiff did not respond, the undersigned would "recommend that this action be dismissed pursuant to Local Rule 3.01(a)." Id.  Plaintiff was to respond no later than August 6, 2012. Id.  Plaintiff did not respond to the Order to Show Cause.

Accordingly, after due consideration, it is respectfully

**RECOMMENDED**:

that this case be dismissed for failure to prosecute.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  7th  day of August, 2012.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party