**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JAMES FISHER,

          Plaintiff,

vs.                             Case No.  3:12-cv-724-J-99MMH-MCR

STATE OF FLORIDA, etc., et al.,

          Defendants.

_____/

<u>**ORDER**</u>

      **THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 9; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on August 7, 2012.  In the Report, Magistrate Judge Richardson recommends that this case be dismissed for failure to prosecute.  <u>See</u> Report at 2.  Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

      The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Rule 72(b), Federal Rules of Civil Procedure (Rule(s)), advisory committee's note (1983); <u>see also</u> <u>Macort v. Prem, Inc.</u>, 208 Fed. Appx. 781, 784-85 (11th Cir. 2006) (per curiam).  Therefore, if no specific objections to findings of facts are filed, the district court  is not required to conduct a <u>de novo</u> review of those findings.  <u>See</u> <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993).  However, the district court must review the legal conclusions in the report <u>de novo</u>.  <u>See</u>

Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007); see also 28 U.S.C. § 636(b)(1).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

ORDERED:

1.      The Magistrate Judge's Report and Recommendation (Dkt. No. 9) is ADOPTED as the opinion of the Court.

2.      This case is DISMISSED for failure to prosecute.

3.      The Clerk of the Court is directed to enter judgment dismissing the case, terminate any pending motions or deadlines as moot, and close this file.

DONE AND ORDERED at Jacksonville, Florida, this 29th day of August, 2012.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:
Counsel of Record
Pro Se Plaintiff

-2-